**ALLSTATE INSURANCE COMPANY,**
**Plaintiff–Appellee,**

v.

**Nancy Marie HELDRETH,**
**Defendant–Appellant.**

**No. 03–1794.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 17, 2003.

Nancy Marie Heldreth, Appellant Pro Se. Ellen R. Archibald, Kesner, Kesner & Bramble, Charleston, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Nancy Marie Heldreth appeals the district court's order granting summary judgment to Allstate Insurance Company in this civil action. Allstate was awarded judgment against Heldreth for recovery of insurance proceeds paid to Heldreth's mortgage holder. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Allstate Ins. Co. v. Heldreth,* No. CA–99–162–1 (N.D.W.Va. May 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*